# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**MARY PATTERSON, ET AL.**                                    **CIVIL ACTION**

**VERSUS**                                                                **NO. 07-6477**

**DEAN MORRIS, L.L.P., ET AL.**                          **SECTION "K"(1)**


## <u>ORDER</u>

This Court held oral argument on December 12, 2007 regarding plaintiffs' Motion to Remand (Rec. Doc. 12).  Accordingly,

**IT IS ORDERED** that, for the reasons provided by the Court in its ruling from the bench on December 12, 2007, this matter is hereby **REMANDED** to the Civil District Court for the Parish of Orleans.

New Orleans, Louisiana, this __12th__ day of December, 2007.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT JUDGE**